UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:04-CR-0365-PMP-LRL |
| v. | ) | |
| MIRANDA WILLIAMS, | ) | O R D E R |
| Defendant. | ) | |

    For the reason set forth in the Government's Response to Defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 (#178), filed March 15, 2006, and good cause appearing,

    IT IS ORDERED that Defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 (#178), filed March 15, 2006, and Defendant's Motion to Modify Sentence (#179), filed March 16, 2006, are denied.

DATED: April 24, 2006

_____
PHILIP M. PRO
Chief United States District Judge